**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-1116

JUMP ROPE SYSTEMS, LLC,

Plaintiff,

v.

SUZHOU EVERISE TRADING CO.,
LTD., a Chinese company,

Defendant.

---

**COMPLAINT AND JURY DEMAND**

---

Plaintiff Jump Rope Systems, LLC ("JRS") alleges the following for its complaint of patent infringement against Defendant Suzhou Everise Fitness Co., Ltd. ("Everise" or "Defendant"):

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under the laws of the United States, Title 35, Section 271 of the United States Code, *et seq.* (the "Federal Patent Statute") seeking damages and injunctive and other relief. After years of intensive research and development, JRS developed the first duel-bearing shaft technology in a jump rope handle coupled with pivoting-eye technology in the handle-cable coupling. Previously, conventional jump ropes' constructional form limited the rate at which the cable could be spun. Aspects of this problem included the level of resistance within the handle, the closeness or distance of the cable from the handle, and the failure to allow the cable to swivel or pivot during rotation. JRS solved this

problem by developing a jump rope handle that contains a bearing element that permits a shaft to more easily rotate, the shaft extending from the handle an optimal distance, and a cable pivot at the end of the shaft that allows the cable to pivot and swivel.

## THE PARTIES

2. JRS is a Colorado company with its principal place of business at 500 Front Street, Louisville, Colorado 80027. JRS is a leading developer of speed jump technology and jump rope handles in the United States. Its owners have a combined 43 years of experience in this industry. JRS is the owner by assignment of the patents-in-suit.

3. On information and belief, Defendant Everise is a Chinese company with its principal place of business at Room 10008, Zhongxiang Financial Building, No. 1060, Jiayuan Road, Yuanhe Street, Xiangcheng District, Suzhou, Jiangsu, China.

## JURISDICTION AND VENUE

4. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Federal Patent Statute.

5. This Court has personal jurisdiction over Defendant Everise because Everise transacts business in the State of Colorado, as well as throughout the United States, directly or through intermediaries, including by (i) conducting a least a portion of the infringement alleged herein, or (ii) regularly doing or soliciting business in Colorado, maintaining continuous and systematic contacts in Colorado, purposefully availing itself of the privileges of doing business in Colorado, or deriving substantial revenue from

goods or services provided to individuals in Colorado, or some combination of the foregoing.

6. Venue is proper in this Judicial District under 28 U.S.C §§ 1391 and 1400(b).

## THE PATENTS IN SUIT

7. United States Patent Number 7,789,809 (the " '809 Patent"), entitled "Jump Rope System," was duly and lawfully issued by the United States Patent and Trademark Office ("PTO") on September 7, 2010. JRS is the owner by assignment of the entire right, title, and interest in and to the '809 patent, including the sole and undivided right to sue for infringement. Exhibit 1 is a true and correct copy of the '809 Patent.

8. United States Patent Number 8,136,208 (the " '208 Patent"), entitled "Handle System" was duly and lawfully issued by the PTO on March 20, 2012. JRS is the owner by assignment of the entire right, title, and interest in and to the '208 Patent, including the sole and undivided right to sue for infringement. Exhibit 2 is a true and correct copy of the '208 Patent.

## BACKGROUND OF THE DISPUTE

9. Everise makes, uses, sells, offers for sale, imports, or provides speed jump ropes that incorporate JRS's patented jump rope technology.

10. Everise sells the following fifteen (15) jump ropes through its website https://everisetrade.en.alibaba.com (the "Accused Products").

11. Exhibit 3 is a true and correct copy of Everise's offer for sale of the "2017 newest style aluminum handle skipping jump rope" from May 4, 2017, on its https://everisetrade.en.alibaba.com website.



12. Exhibit 4 is a true and correct copy of Everise's offer for sale of the "2107 New Style Aluminum Crossfit Speed Jump Rope" from May 4, 2017, on its https://everisetrade.en.alibaba.com website.



13. Exhibit 5 is a true and correct copy of Everise's offer for sale of the "2017 hot selling style PVC cable crossfit jump rope" from May 4, 2017, on its https://everisetrade.en.alibaba.com website.



14. Exhibit 6 is a true and correct copy of Everise's offer for sale of the "2017 hot sell crossfit steel wear jump rope" from May 4, 2017, on its https://everisetrade.en.alibaba.com website.



15. Exhibit 7 is a true and correct copy of Everise's offer for sale of the "2017 hot selling style PP handle PVC cable printed crossfit speed jump rope" from May 4, 2017, on its https://everisetrade.en.alibaba.com website.

